**COOLEY GODWARD KRONISH LLP**
STEPHEN C. NEAL (CA BAR NO. 170085)
(*nealsc@cooley.com*)
Linda F. Callison (Ca Bar No. 167785)
*(callisonlf@cooley.com)*
Christen M.R. Dubois (Ca Bar No. 246170)
*(cdubois@cooley.com)*
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

FRANK V. PIETRANTONIO (pro hac vice)
(fpietrantonio@cooley.com)
JONATHAN G. GRAVES (pro hac vice)
(jgraves@cooley.com)
One Freedom Square, Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
Telephone:   (703) 456-8000
Facsimile:    (703) 456-8100

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, et al.,<br><br>Defendants.<br><br>Case No. CV-07-2213 RGK (FFMx) | Case No. 07-ML-1816-B RGK (FFMx)<br><br>**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S NOTICE OF FILING LETTER BRIEF REQUESTING AN ORDER COMPELLING AETNA DEFENDANTS TO REMEDY DISCOVERY DEFICIENCIES**<br><br>DATE: TBD<br>TIME:  TBD<br>LOCATION: JAMS SF - Telephonic<br><br>Magistrate Judge Frederick M. Mumm<br><br>Referred to Discovery Special Master Martin Quinn |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 2, 2008, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz") filed the attached letter brief requesting an Order Compelling the Aetna Defendants to remedy several discovery deficiencies and Exhibits A-L with Discovery Special Master Martin Quinn, JAMS.

Dated: May 5, 2008                    **COOLEY GODWARD KRONISH LLP**

/s/ *Phillip E. Morton*
Phillip E. Morton (pro hac vice)

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.